394 P.2d 281

**John OLGUIN, Petitioner,**

v.

**Harold A. COX, Superintendent, A. K. Montgomery, President, Manuel Brown, Director, Respondents.**

**No. 126 HC.**

Supreme Court of New Mexico.

Aug. 13, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust district court remedy.